UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ZACHARY BARKER COUGHLIN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, VALLEY STATE PRISON,<br><br>Respondent. | Case No. 2:25-cv-00537-MWC-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1); the May 2, 2025 Report and Recommendation of the magistrate judge (Dkt. 21); the June 18, 2025 Order granting a stay (Dkt. 29); the First Amended Petition (Dkt. 30, "FAP"); the Motion to Dismiss filed by Respondent (Dkt. 50, "Motion to Dismiss"); the proposed Second Amended Petition (Dkt. 67); the Second and Third Requests for Stay (Dkt. 65, 73); the February 12, 2026 Options Order (Dkt. 69); Petitioner's Request for Extension (Dkt. 74); the March 17, 2026 Report and Recommendation of the magistrate judge (Dkt. 77, "Second Report"); the "Objections" to the Second Report filed by Petitioner (Dkt. 78, 80, 84, 85); the April 20, 2026 Order granting Petitioner's belated request to

proceed on three exhausted claims and withdrawing the Second Report (Dkt. 83); the Notice of Intent filed by Petitioner (Dkt. 86); the May 27, 2026 Order deeming Petitioner's election withdrawn and reinstating the Second Report (Dkt. 87, "Order"); and the May 27, 2026 Amended Report and Recommendation of the magistrate judge (Dkt. 88, "Amended Report").

The lengthy record in this case reflects a repeated failure by Petitioner to comply with the Court's orders and an ongoing effort to delay adjudication of this case on the merits. Despite an extension of time to file Objections to the Amended Report (Dkt. 93), Petitioner did not file timely Objections to the Amended Report within the time permitted. Instead, Petitioner has submitted multiple additional filings, further seeking to delay adjudication of this case. Since the filing of the Amended Report, Petitioner has filed a Notice of Intent to file a motion for stay, appointment of counsel, leave to amend, evidentiary hearing, and discovery (Dkt. 90); Notice of Request to Take Judicial Notice (Dkt. 91); Motion to Set Aside Order Deeming Petitioner's Election (Options Order) Withdrawn and Request to Reinstate Briefing (Dkt. 94, "Motion to Set Aside"); Supplements to Motion for Extension of Time (Dkt. 95, 96); and Notice of Filing State Habeas Petition with California Supreme Court with Motion for Rhines Stay (Dkt. 99, "Fourth Request for Stay"). For the reasons stated in the Order and Amended Report, Petitioner's Motion to Set Aside (Dkt. 94) and Fourth Request for Stay (Dkt. 99) are denied.

As no party filed an objection to the Amended Report within the time permitted, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT: Respondent's Motion to Dismiss (Dkt. 50) is granted; Petitioner's Second, Third, and Fourth Requests for Stay (Dkt. 65, 73, 99) are denied; Petitioner's Request for Extension (Dkt. 74) is denied; Petitioner's Motion to Set Aside is denied (Dkt. 94); leave to

amend the FAP is denied; and Judgment be entered dismissing the action without prejudice.

Dated: July 20, 2026

MICHELLE WILLIAMS COURT
United States District Judge