JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ZACHARY BARKER COUGHLIN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, VALLEY STATE PRISON,<br><br>Respondent. | Case No. 2:25-cv-00537-MWC-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: July 20, 2026

MICHELLE WILLIAMS COURT
United States District Judge